# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

Judy Guilbeau, et al.                                    Civil Action No. 04-0880

versus                                                    Judge Tucker L. Melançon

Provident Life and Accident Ins. Co.                      Magistrate Judge Methvin

**ORDER**

Before the Court is defendant Provident Life and Accident Ins. Co.'s Motion to Place Administrative Record under Seal [Rec. Doc. 21]. In consideration of the motion,

IT IS ORDERED that defendant's Motion to Place Administrative Record under Seal is GRANTED pursuant to the Health Insurance Portability and Accountability Act ("HIPPA"), specifically 42 U.S.C. §1320d and Section 1320d-6 and pursuant to the E-Government Act of 2002, 44 U.S.C.A. §3501, Section 205, PL 107-347.

IT IS FURTHER ORDERED that the Administrative Record, bates stamped PLACL 00001 through PLACL 00230, be maintained as part of the Court record but sealed from public access. All parties herein, counsel of record and Court personnel, including the presiding judge, any appellate judge(s), and their respective staff, shall

be permitted access to the Administrative Record at all times during this litigation and any appeal proceedings that may occur.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 29th day of December, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE