RECEIVED
MAR 1 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| Judy Guilbeau, et al. | Civil Action No. 04-0880 |
| versus | Judge Tucker L. Melançon |
| Provident Life and Accident Ins. Co. | Magistrate Judge Methvin |

**ORDER**

The Court having considered defendant Provident Life and Accident Ins. Co.'s Motion to Place Administrative Record under Seal [Rec. Doc. 29], it is

ORDERED that defendant's Motion is GRANTED pursuant to the Health Insurance Portability and Accountability Act ("HIPPA"), specifically 42 U.S.C. §1320d and Section 1320d-6 and pursuant to the E-Government Act of 2002 (as amended August 2, 2004).

IT IS FURTHER ORDERED that the Administrative Record, bates stamped PLACL 00001 through PLACL 00230, be maintained as part of the Court record of the Clerk of Court but sealed from public access. All parties herein, counsel of record and Court personnel, including the presiding judge, any appellate judge(s), and their respective staff, shall be permitted access to the Administrative Record at all times during this litigation and any appeal proceedings that may occur.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 15th day of March, 2007.

Tucker L. Melançon
United States District Judge